**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6400**

JULIEN GARCON,

                    Petitioner – Appellant,

       v.

MAUREEN CRUZ, Warden FCI Williamsburg,

                    Respondent - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Greenville.   Richard M. Gergel, District Judge.   (6:14-cv-00072-RMG)

Submitted:  July 28, 2014           Decided:  August 6, 2014

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Julien Garcon, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julien Garcon, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Garcon v. Cruz, No. 6:14-cv-00072-RMG (D.S.C. Feb. 28, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED